IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHELE J. LeBOEUF by Edie Klein           PLAINTIFF

v.        Civil No. 05-3067

JO ANNE B. BARNHART, Commissioner,
Social Security Administration           DEFENDANT

## ORDER

Plaintiff has submitted an in forma pauperis application in connection with her request to proceed as a pauper in this matter. After review, it is found that plaintiff is unable to pay for the costs for commencement of suit and, accordingly, her request to proceed as a pauper is hereby granted. The district clerk is directed to file plaintiff's complaint *nunc pro tunc* as of December 19, 2005.

Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Mark Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED this 28th day of December 2005.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 29 2005

CHRIS R. JOHNSON, CLERK

BY
     DEPUTY CLERK

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)