IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

M. J. L., NEXT FRIEND
EDIE KLEIN                                                                                    PLAINTIFF

vs.                                         CIVIL NO. 05-3067

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this <u>13th</u> day of December 2006.

                                                <u>/s/ Beverly Stites Jones</u>
                                                HON. BEVERLY STITES JONES
                                                UNITED STATES MAGISTRATE JUDGE